# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY R. KAMALEDDIN, | NO. CV 12-0637 GAF (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 1, 2012

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE